Same case below, 368 Fed. Appx. 400.

**No. 10-105. Julia McGee, Petitioner v. Superior Court of California, Sacramento County, et al.**

562 U.S. 894, 131 S. Ct. 297, 178 L. Ed. 2d 143, 2010 U.S. LEXIS 6166.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

**No. 10-106. Jefferson A. McGee, Petitioner v. Edmund G. Brown, Jr., Attorney General of California.**

562 U.S. 894, 131 S. Ct. 298, 178 L. Ed. 2d 143, 2010 U.S. LEXIS 6217.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-107. Patrizia Riccardi, Petitioner v. Robert Kessler.**

562 U.S. 894, 131 S. Ct. 298, 178 L. Ed. 2d 143, 2010 U.S. LEXIS 6458.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 363 Fed. Appx. 350.

**No. 10-111. Mohamed F. El-Hewie, Petitioner v. Board of Education of the Bergen County Vocational School District, et al.**

562 U.S. 894, 131 S. Ct. 298, 178 L. Ed. 2d 143, 2010 U.S. LEXIS 6162.

October 4, 2010. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 10-112. Subbamma V. Vadde, Petitioner v. Bank of America.**

562 U.S. 894, 131 S. Ct. 298, 178 L. Ed. 2d 143, 2010 U.S. LEXIS 6399,

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Georgia denied.

Same case below, 301 Ga. App. 475, 687 S.E.2d 880.

**No. 10-115. Gertrude Coretta Fennell Hamilton, Petitioner v. Dayco Products, LLC, et al.**

562 U.S. 894, 131 S. Ct. 298, 178 L. Ed. 2d 143, 2010 U.S. LEXIS 6214,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 367 Fed. Appx. 402.

**No. 10-117. Michael Phillip Gentile, Petitioner v. S. K. Madan, et al.**

562 U.S. 894, 131 S. Ct. 298, 178 L. Ed. 2d 143, 2010 U.S. LEXIS 5977.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 125 Nev. 1038, 281 P.3d 1175.